IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAMMY SCHMIDT,

    Plaintiff,

v.

EAGLE WASTE & RECYCLING, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-230-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Eagle Waste & Recycling, Inc., and this case is dismissed.

Peter Oppeneer

By: L. Jensen, Deputy Clerk
Peter Oppeneer, Clerk of Court

FEB 2 6 2009
Date