

# INVOICE
## 4097-PAID

## Arneson Court Reporting, Inc.

P.O. Box 1071,
Rhinelander, WI 54501-1071
Phone 715-369-2674
judndave@newnorth.net

JOLENE L. MYERS

A breakdown of what this invoice would have been had it not been expedited.

TO: Mr. Geoffrey S. Trotier
DAVIS & KUELTHAU
111 East Kilbourn Ave. #1400
Milwaukee, WI 53202

RE: Tammy Schmidt v. Eagle Waste & Recycling, Inc.
Vilas County No. 08-CV-230
Deposition-Tammy Schmidt
Alan Albee

| DESCRIPTION | AMOUNT |
|---|---|
| Original - Tammy Schmidt | $366.00 |
| Copy - Tammy Schmidt | 161.00 |
| Copy - Alan Albee | 68.00 |
| Exhibit Copies | 11.00 |
| Ascii Disk - Emailed 10/30/08 | 20.00 |
| Postage | 6.50 |
| Total | $632.50 |

THANK YOU FOR YOU FOR YOUR BUSINESS.

FINANCE CHARGES OF 1.5% WILL BE ADDED TO ALL UNPAID BALANCES.

T:\DOCS\08625\02268\10507118.DOC



EXHIBIT
1